

May 2, 2014

**MEMORANDUM**

**FILED**
IN CLERK'S OFFICE
U S DISTRICT COURT E D N Y

★ MAY 05 2014 ★

LONG ISLAND OFFICE

To: The Honorable Sandra J. Feuerstein United States District Judge

From: Kenneth F. Wong, U.S. Probation Officer

Re: Docket Number 12-CR-786; Jordan Edward Brady

The purpose of this memorandum is to advise the Court of a delay in disclosing the presentence report (PSR) for the above-noted defendant. Although the PSR has been completed, we were unable to disclose the report in the time frame set forth per Rule 32, and meet the sentence date of May 12, 2014. As such, we respectfully request an adjournment date of three weeks to properly disclose the PSR.

RESPECTFULLY SUBMITTED:

EILEEN KELLY
CHIEF U.S. PROBATION OFFICER

Prepared by:

_____
Kenneth F. Wong
U.S. Probation Officer
631-712-6342

Approved by:

_____
Carol Sewell Rhoden
Supervising U.S. Probation Officer
631-712-6320

**Order**
The application is:
 ✓ granted 6/2/2014 at 11:15AM
 ___ denied
 ___ referred to Magistrate Judge_____ for
 ___ decision
 ___ report and recommendation

s/ Sandra J. Feuerstein

5/5/2014

Page 1 of 1